# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cv-687-RJC
# (3:10-cr-182-RJC-DSC-1)

| | |
|---|---|
| MICHAEL T. RAND, | ) |
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on a Motion for Leave to Appear *Pro Hac Vice* filed by member in good standing of this Court, Matthew B. Holloway, on behalf of David Schoen, who is admitted to practice before, and is a member in good standing of the bars of Maryland, Washington D.C., New York, and the United States Supreme Court. (Doc. No. 3). Movant has filed the applicable fee. Id.; See Local Cv. Rule 83.1 (C)(2)(c).

This Court's Local Rules provide for *pro hac vice* admission in a particular case by an attorney who is a member in good standing in the Bar of a United States District Court, the Bar of the highest court of any state or the District of Columbia. Local Civ. R. 83.1(B)(1). Such a candidate for admission must associate local counsel and be accompanied by local counsel at all hearings unless otherwise permitted by the Court. Id. Special admissions are discretionary. See Local Civ. R. 83.1(C)(1).

The Court will grant the Motion for Leave to Appear *Pro Hac Vice*. Counsel is instructed to become fully familiar with the rules and procedures of this Court. Should it appear to the Court

1

that counsel is not acting in compliance with the rules and procedures of this Court, the Court may revoke the special admission.

**IT IS, THEREFORE, ORDERED** that

1. The Motion for Leave to Appear *Pro Hac Vice*, (Doc. No. 3), is **GRANTED**.

2. Mr. Schoen is instructed to establish an ECF account with the Clerk of Court pursuant to Local Rule 83.1(D).

3. The Clerk of Court is respectfully instructed to add Mr. Schoen to the electronic docket as *pro hac vice* counsel.

Signed: January 5, 2018

Robert J. Conrad, Jr.
United States District Judge