# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cv-687-RJC
# (3:10-cr-182-RJC-DSC-1)

| | | |
|---|---|---|
| **MICHAEL T. RAND,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion for Leave to File Memorandum of Law in Support of First Amended Motion to Vacate or Set Aside the Judgment of Conviction and Sentence Pursuant to 28 U.S.C. § 2255, (Doc. No. 11). Petitioner's Motion is granted. Counsel may file a memorandum in support of the First Amended § 2255 Motion to Vacate within **14 days** of this Order.

Upon consideration of the First Amended Motion to Vacate, (Doc. No. 10), and the record of prior proceedings, the Court determines that the United States Attorney should file a response to Petitioner's allegations. The United States will be directed to file an Answer or other responsive pleading within **75 days** of this Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Leave to File, (Doc. No. 11), is **GRANTED**. Counsel for Petitioner may file a memorandum in support of the First Amended § 2255 Motion to Vacate within **14 days** of this Order.

2. No later than **75 days** from entry of this Order, the United States Attorney shall file an

1

3. Answer or other responsive pleading to Petitioner's First Amended § 2255 Motion to Vacate.

Signed: May 16, 2018

Robert J. Conrad, Jr.
United States District Judge