# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cv-687-RJC
# (3:10-cr-182-RJC-DSC-1)

| | |
|---|---|
| MICHAEL T. RAND, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on Petitioner's Motion for Leave to Appear *Pro Hac Vice*, (Doc. No. 15), and the Government's Motion for Extension of Time, (Doc. No. 16), to respond to the § 2255 petition.

The Motion for Leave to Appear *Pro Hac Vice*, (Doc. No. 15), was filed by member in good standing of this Court, Matthew G. Pruden, on behalf of Adam Hames, who is admitted to practice before, and is a member in good standing of the courts of the state of Georgia, and the United States District Courts for the Northern, Middle, and Southern Districts of Georgia. (Doc. No. 115 at 2). Movant has filed the applicable fee. Id.; See Local Cv. Rule 83.1 (C)(2)(c).

This Court's Local Rules provide for *pro hac vice* admission in a particular case by an attorney who is a member in good standing in the Bar of a United States District Court, the Bar of the highest court of any state or the District of Columbia. Local Civ. R. 83.1(B)(1). Such a candidate for admission must associate local counsel and be accompanied by local counsel at all hearings unless otherwise permitted by the Court. Id. Special admissions are discretionary. See

1

Local Civ. R. 83.1(C)(1).

The Court will grant the Motion for Leave to Appear *Pro Hac Vice*. Counsel is directed to become fully familiar with the rules and procedures of this Court. Should it appear to the Court that counsel is not acting in compliance with the rules and procedures of this Court, the Court may revoke the special admission.

The Government has moved for an enlargement of time within which to file its responsive pleading to the § 2255 petition for medical reasons. (Doc. No. 16). Petitioner's counsel has consented to the extension of time. (Doc. No. 16 at 2). The extension of time will be granted for good cause shown until October 15, 2018.

**IT IS, THEREFORE, ORDERED** that

1. The Motion for Leave to Appear *Pro Hac Vice*, (Doc. No. 15), is **GRANTED**.

2. Mr. Hames is instructed to establish an ECF account with the Clerk of Court pursuant to Local Rule 83.1(D).

3. The Clerk of Court is respectfully instructed to add Mr. Hames to the electronic docket as *pro hac vice* counsel.

4. The Government's Motion for Extension of Time, (Doc. No. 16), to file its responsive pleading is **GRANTED** until October 15, 2018.

Signed: August 7, 2018

Robert J. Conrad, Jr.
United States District Judge